UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                                        :

CHUNBIAO XU,                               :

                          Petitioner,        :

                     -v-                      :           26 Civ. 1138 (JPC)

                                           :

PAMELA BONDI, *et al.*,                  :          <u>ORDER</u>

                                         :

                         Respondents.    :

                                           :
-------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court, having examined the Petition in this action, which Petitioner filed under 28 U.S.C. § 2241, orders that: The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

The Petition raises questions whether jurisdiction lies in this District or the District of New Jersey. *Compare* Dkt. 1 ("Petition") ¶ 3 (asserting that Petitioner "is currently being detained at Elizabeth Contract Detention Facility" in Elizabeth, New Jersey), *with id.* ¶ 8 (asserting that Petitioner is "currently in ICE custody at 26 Federal Plaza, New York, NY"). The Petition also suggests that this case may be related to litigation already filed in the District of New Jersey. *See id.* ¶ 14 (citing *Xu v. Bondi*, No. 2:25-cv-16274-BRM (D.N.J.)). By February 13, 2026, Petitioner shall file both an Amended Petition clearly stating the location of his detention and a letter with the Court explaining whether this case is properly in this District, or whether it should be transferred to the District of New Jersey (whether as its own case or as related to the prior litigation).

By February 20, 2026, the U.S. Attorney's Office shall file an answer or other pleadings in response to the Amended Petition, explaining the basis for Petitioner's detention and Petitioner's location. Petitioner may file reply papers, if any, by February 27, 2026. In preparing their papers,

the parties shall discuss whether, if the statutory provision under which the Government asserts the authority to detain Petitioner is 8 U.S.C. § 1225(b)(2)(A), there is any basis to distinguish this case from this Court's recent decision in *Chen v. Almodovar*, No. 25 Civ. 9670 (JPC), 2026 WL 100761 (S.D.N.Y. Jan. 14, 2026).

If the parties agree that this case should be transferred to the District of New Jersey, they may file a stipulation of transfer at any point on or before the Government's deadline to respond.

SO ORDERED.

Dated: February 11, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

2