UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHUNBIAO XU,

                                    Petitioner,

                - against -

PAMELA BONDI, *et al.*,

                                    Respondents.

No. 26 Civ. 1138 (JPC)

**STIPULATION AND ORDER OF DISMISSAL**

WHEREAS, petitioner Chunbiao Xu ("Petitioner") filed this habeas corpus action pursuant to 28 U.S.C. § 2241 on February 11, 2026, challenging his detention; and

WHEREAS, also on February 11, 2026, Petitioner was removed from the United States;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action is hereby dismissed without prejudice and without costs or fees to any party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

New York, New York
February 20, 2026

LAW OFFICE OF THEODORE COX
*Attorney for Petitioner*


/s/ *Theodore Cox* [1]
Theodore Cox, Esq.
401 Broadway, Suite 701
New York, New York 10013
Tel.    (212) 925-1208

New York, New York
February 20, 2026

JAY CLAYTON
United States Attorney for the
Southern District of New York
*Attorney for Respondents*

/s/ *Brandon M. Waterman*
Brandon M. Waterman
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.    (212) 637-2743

SO ORDERED:

HON. JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE

February 20, 2026

---

[1] Consent for signature obtained pursuant to S.D.N.Y. ECF Rule 8.5(c)